DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INESTIN PETIT-HOMME,**
Appellant,

v.

**PARIS LONDON ANDERSON,**
Appellee.

No. 4D21-2792

[February 9, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE21002916.

Inestin Petit-Homme, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***